# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2020

159918

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JACOBIE ELIZA HALL,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159918
COA: 341245
Genesee CC: 17-041439-FC

On order of the Court, the application for leave to appeal the May 30, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2020



Clerk

t0122